J. R. Shapiro, appellant, v. A. Breliant, appellee. Gen. No. 25,028.
Action to recover damages for failure to deliver goods purchased.
Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919.
Clarence T. Morse, for appellant. Charles V. Barrett and John F. Tyrrell, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

New Process Refining Company, appellant, v. Rudolph R. Rosenbaum, appellee. Gen. No. 25,058.
Action of assumpsit by corporation to recover on written contract with inventor. Judgment for defendant on demurrer. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded with directions. Opinion filed December 8, 1919.
Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel. Newman, Poppenhusen, Stern & Johnston, for appellee; Lawrence A. Cohen, of counsel.
Mr. Justice Dever delivered the opinion of the court.

---

Elmer D. Brothers, appellee, v. Grace Marie Higgins, appellant. Gen. No. 25,085.
Action to recover attorney's fees. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1919. Reversed with finding of facts. Opinion filed December 8, 1919. Rehearing denied December 22, 1919. *Certiorari* denied by Supreme Court (making opinion final).
Wilkerson, Cassels, Potter & Gilbert and Arthur R. Wolfe, for appellant; Ralph F. Potter, of counsel. Frank M. Fairfield, for appellee.
Mr. Justice Dever delivered the opinion of the court.

---

Walter R. Meadows, appellee, v. South Side Elevated Railroad Company, appellant. Gen. No. 25,141.
Action to recover for personal injuries to trackman struck by train. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919. Rehearing denied December 22, 1919. *Certiorari* denied by Supreme Court (making opinion final).
Addison L. Gardner and Weymouth Kirkland, for appellant. Finn & Miller, for appellee; O. A. Arnston, of counsel.
Mr. Justice Dever delivered the opinion of the court.